IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:26CR00034 SNLJ (ACL) |
| | ) | |
| LANTZ D. CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

Lantz Crawford is respectfully requesting leniency in this matter and a sentence of 30 years or 360 months in the Bureau of Prisons. He is asking that this sentence be followed by a lifetime term of supervised release.

Lantz is 26 years old and has never served a period of incarceration before. Therefore, he has not experienced the deterrent effect of a prison incarceration. And, with the nature of these charges, any incarceration in this matter will not be an easy sentence.

Of course, Lantz's life up until this point has not been easy. He suffers from suicidal ideations, he previously cut himself, he has multiple mental health diagnoses which include: ADHD, schizophrenia, personality disorder, anxiety, and depression. In addition, he has sporadically used controlled substances with cocaine being his drug of choice.

Growing up, Lantz was abused, physically, sexually, and emotionally. These abuses are outlined in detail in PSR 98 and 110. The trauma he suffered as a child, while no excuse, must certainly have contributed to the reasons behind the offense conduct. But, Lantz would tell this Honorable Court his past trauma is no

excuse. He lived the harm that it caused him and cannot understand how he could do this to others.

Without advice from counsel, Lantz decided that he wanted to right his wrongs. It is unknown if the victim's parents received them, but he wrote letters to all the parents apologizing for his actions. He wrote those letters knowing that he does not deserve and will probably never receive their forgiveness. When he was questioned about this offense during the investigation, he immediately confessed. He did not make excuses nor tell lies. And when he came into federal custody, he immediately wanted to take a plea. Before these charges, he had gone to a pastor for help. Guilt for these actions had been eating away at him and still does to this day.

His plan is to become a better human. He is now a registered sex offender and will be for the rest of his life. While this will hinder him in the future with regard to what locations he can visit and live, his internet and technology usage, and his freedom of movement, he recognizes that it also allows him to seek out help when necessary. He can now be open and honest when he is struggling. In addition, if he is released from incarceration, he will have those restrictions and a supervising officer to ensure this never happens again.

According to the JSIN data, there have been 104 defendants over the last 5 years whose primary guideline was §2G2.1 with a Final Offense Level of 43 and a Criminal History Category of II. Of those, 70 received a downward variance and 31 within range and the other 3 received a downward variance for cooperation. The average and median length of imprisonment was 368 months and 360 months respectively.

When the raw data files were reduced to only those with a total combined offense level of 48, there were 9 individuals. The largest sentence was 1440 months but the other 8 were sentenced to 600 months or less, with the sentences as follows: 600, 456, 420, 420, 360, 240, 240, and 180. Even looking at those with a larger total combined offense level, which included 12 individuals, most sentences were below the 720 months that the government is requesting. Those sentences were as follows: 2520, 720, 720, 624, 600, 540, 480, 470, 405, 384, 360, and 240.

A sentence of 360 months is no small sentence, nor does Lantz believe that he should receive a small sentence. He is just asking for an opportunity to be punished, be rehabilitated, and be released as a man in his 50's. Counsel would submit that a sentence of 360 months is a sentence sufficient but not greater than necessary to promote respect for the law, provide just punishment, generally deter others and specifically deter Mr. Crawford from future misconduct.

Respectfully submitted,

/s/Amanda L. Altman
Amanda L. Altman, #59291MO
Assistant Federal Public Defender
325 Broadway, 2nd Floor
Cape Girardeau, Missouri 63701
Telephone: (573) 339-0242
Fax: (573) 339-0305
E-mail: Amanda_Altman@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the United States Attorney's Office.

/s/Amanda L. Altman
Amanda L. Altman